**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA<br><br>  Plaintiff(s),<br><br>  v.<br><br>I AND R, LLC<br><br>  Defendant(s). | CASE NO: 2:15-cv-08955-FMO-PJW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: January 26, 2016          /s/ *Fernando M. Olguin*
                                                   Fernando M. Olguin
                                                   United States District Judge